UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>SCOTT GLENN ROSENBLUTH<br><br>Debtor. | Chapter 7<br><br>Case No. 25-12037 (JPM) |
| THE LOX CLUB, INC.,<br><br>Plaintiff,<br><br>- against -<br><br>SCOTT GLENN ROSENBLUTH,<br><br>Defendant. | Adversary Proc. No. 25−01156 (JPM)<br><br>**SUBSTITUTION OF COUNSEL** |

It is hereby stipulated and consented that Ervin Cohen & Jessup, LLP, with its New York office located at 1185 Avenue of the Americas, Suite 257, New York, New York 10036, be substituted as sole attorney of record for the Lox Club, Inc. in the above-captioned matter in the place of Pollock Cohen LLP.

Dated: New York, New York
January 9, 2026

**POLLOCK COHEN LLP**
*Outgoing Counsel for the Lox Club, Inc.*

By: _____
Adam Pollock
111 Broadway,
Suite 1804
New York, NY 10006
Adam@pollockcohen.com
(646) 290-7251

**ERVIN COHEN & JESSUP LLP**
*Remaining Counsel for the Lox Club, Inc.*

By: _____
Matthew S. Blum
1185 Avenue of the Americas
Suite 257
New York, NY 10036
mblum@ecjlaw.com
(212) 224-0644

**The Lox Club, Inc.**

By: _____
Russell Selmont, Counsel